# Law Offices of Theresa J. Puleo

Michelle Davoli, Esq.
Attorney at Law
Direct Dial: (315) 424-5652

**Mailing Address:**
P.O. Box 2903
Hartford, CT 06104-2903

**Physical Address:**
Salina Meadows Office Park
301 Plainfield Road, Suite 210
Syracuse, NY

Writer's email Address:
MDavoli@travelers.com

E-service email Address:
TJPLaw1@travelers.com

Telephone (315) 424-7209
Facsimile (877) 228-9090

August 1, 2019

<u>Via E-Filing</u>
Hon. Marian W. Payson
U.S. District Court
100 State Street
Rochester, NY 14614

RE: **John D. Zuccarino v. Town of Hector, et al.**
Case No. 6:19-cv-06370

Dear Judge Payson:

This office represents the Town of Hector in the above-referenced matter. Currently there is a Rule 16 conference scheduled for August 6, 2019 at 11:20 a.m. Pursuant to your Order filed July 12, 2019, I respectfully request that I be allowed to participate via telephone because my office is located in Syracuse.

Thank you for your consideration of this request.

Very respectfully yours,

Michelle M. Davoli
MMD/rd
cc: Luciano Lama, Esq.
Paul Mullin, Esq.

Request granted.
IT IS SO ORDERED.

Marian W Payson
HON. MARIAN W. PAYSON
United States Magistrate Judge
Dated: Aug. 2, 2019

Not a Partnership or Professional Corporation
All Attorneys are Employees of The Travelers Indemnity Company
and its Property Casualty Affiliates