

211 West Jefferson Street
Syracuse, NY 13202-2680
Phone: (315) 474-2943
Fax: (315) 474-0235
www.sugarmanlaw.com

August 30, 2019
(via CM/ECF)

Hon. Marian W. Payson
United States Magistrate Judge
US District Court/Western District of New York
100 State St.
Rochester, NY 14614

      RE:    Zuccarino v. Town of Hector, et al
                  Case No. 6:19-cv-06370-FPG/MWP
                  Our File No. V01042

Dear Magistrate Payson:

Please be advised that the parties have consented to Steven Modica, Esq. as the Mediator in this case and are working on scheduling a date. Please disregard our earlier letter.

Thank you for your courtesies.

Respectfully,

Paul V. Mullin
pmullin@sugarmanlaw.com
Direct Dial: 315-362-8932

PVM:mbk

cc:    All Counsel of Record