UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
=================================================

JOHN D. ZUCCARINO,

                        Plaintiff

    -against-

TOWN OF HECTOR NEW YORK and
ANDREW YESSMAN personally and in his capacity
as a Schuyler County Sheriff's Deputy,

                      Defendants

=================================================

**STIPULATION**
**SELECTION OF MEDIATOR**

Case No.: 6:19-cv-06370-FPG/MWP

      IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that , STEVEN V. MODICA, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

      IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on October 24, 2019 at Modica Law Firm, 2430 Ridgeway Ave., Rochester, NY 14626.

      IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

DATED: September 3, 2019

_____
Luciano L. Lama, Esq.
The Lama Law Firm, LLP
Attorneys for Plaintiff
2343 North Triphammer Road
Ithaca, NY 14850
607-275-3425
nino@lamalaw.com

_____
Michelle M. Davoli, Esq.
Law Offices of Theresa J. Puleo
Attorneys for Town of Hector
P. O. Box 2903
Hartford, CT 06104
315-424-5652
mdavoli@travelers.com

Page -1-

Paul V. Mullin, Esq.
Bar Roll No. 501346
Sugarman Law Firm, LLP
Attorneys for Andrew Yessman personally
  and in his capacity as a Schuyler County
  Sheriff's Deputy
211 West Jefferson Street
Syracuse, NY  13202
315-474-2943
pmullin@sugarmanlaw.com